# DOCUMENTS TO BE SEALED

<u>PLAINTIFF</u>

-V-

<u>DEFENDANT</u>

DOCKET NUMBER: **22 CV 04226**

DATE FILED: **MAY 2 3 2022**

SIGNED BY: **JUDGE PRESKA**

DATE SIGNED: **MAY 2 0 2022**

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

__✓__ COMPLAINT/PETITION ONLY

____ OTHER DOCUMENTS/EXHIBITS