# ■FOLEY

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
ONE INDEPENDENT DRIVE
JACKSONVILLE, FL 32202
904.359.2000 TEL
WWW.FOLEY.COM

WRITER'S DIRECT LINE
904.633.8924
jtucker@foley.com

August 12, 2022

*Granted.*
*Denise Cote*
*8/15/22*

**Via ECF**
The Honorable Denise L. Cote
United States District Judge for the Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

> Re:   Letter-Motion Requesting Leave to File Redacted Amended
>        Complaint in Case No. 1:22-cv-04226-DLC

Dear Judge Cote:

Pursuant to Section 8(B) of Your Honor's Individual Practices in Civil Cases, Section 6 of the Court's ECF Rules, and the Court's standing order entered in Case No. 19-mc-00583, Plaintiff and Counter-Defendant Mission Pharmacal Company ("Mission") respectfully requests that the Court grant Mission leave to file an Amended Complaint containing narrowly-tailored redactions that conform to the Court's instructions concerning redactions given during the July 28, 2022 telephonic Initial Pretrial Conference.

Specifically, during the Initial Pretrial Conference, the Court discussed the appropriate scope of redactions in the case and directed the Parties to file copies of the original Complaint (Doc. 1) and Answer (Doc. 25) with narrowly-tailored redactions limited to confidential, nonpublic, competitively-sensitive pricing information. The Parties did so the following day. *See* Docs. 30, 31. The Amended Complaint that Mission requests to file also contains proposed redactions limited to confidential, nonpublic, competitively-sensitive pricing information. Accordingly, Mission seeks leave to publicly file a redacted Amended Complaint.

Respectfully,

FOLEY & LARDNER LLP

*/s/ John A. Tucker*

John A. Tucker (jtucker@foley.com) (admitted
pro hac vice)
One Independent Drive
Jacksonville, FL 32202
Tel: 904.633.8924

Jonathan H. Friedman (jfriedman@foley.com)
90 Park Avenue
New York, NY 10016

| | | | | |
|---|---|---|---|---|
| AUSTIN | DETROIT | MEXICO CITY | SACRAMENTO | TALLAHASSEE |
| BOSTON | HOUSTON | MIAMI | SALT LAKE CITY | TAMPA |
| CHICAGO | JACKSONVILLE | MILWAUKEE | SAN DIEGO | WASHINGTON, D.C. |
| DALLAS | LOS ANGELES | NEW YORK | SAN FRANCISCO | BRUSSELS |
| DENVER | MADISON | ORLANDO | SILICON VALLEY | TOKYO |