# ROSENBERG CALICA & BIRNEY LLP

ATTORNEYS AND COUNSELORS AT LAW
100 GARDEN CITY PLAZA, SUITE 408
GARDEN CITY, NEW YORK 11530
TELEPHONE (516) 747-7400
FACSIMILE (516) 747-7480
WWW.RCBLAW.COM

RONALD J. ROSENBERG*
ROBERT M. CALICA
WILLIAM J. BIRNEY
EDWARD M. ROSS^
LESLEY A. REARDON
KENNETH E. ANESER*
JOHN S. CIULLA
JUDAH SERFATY

PETER J. WILLIAMS*
JOSHUA M. LIEBMAN‡
JESSICA F. LYNCH

DIANA G. ATTNER
OF COUNSEL

*ALSO ADMITTED FL
^ALSO ADMITTED CT
*ALSO ADMITTED CT, NJ, DC
†ALSO ADMITTED MD
‡ALSO ADMITTED NJ

August 26, 2022

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1910
New York, New York 10007

Re: Letter Motion Requesting Leave to File Redacted Amended Answer
Case No.: 1:22-cv-04226-DLC

Dear Judge Cote:

Pursuant to Section 8(B) of Your Honor's Individual Practices in Civil Cases, Section 6 of the Court's ECF Rules, and the Court's standing order entered in Case no. 19-mc-00583, the Defendant and Counterclaimant MainPointe Pharmaceuticals, LLC ("MainPointe"), respectfully requests that the Court grant MainPointe leave to file an Answer to the Amended Complaint containing narrowly-tailored redactions in accordance with the instructions given by the Court during the July 28, 2022 telephonic Initial Pretrial Conference.

The Answer to the Amended Complaint contains proposed redactions limited to confidential, nonpublic, competitively-sensitive pricing information. Accordingly, MissionPointe seeks leave to publicly file a redacted Answer to the Amended Complaint.

Respectfully submitted,

**ROSENBERG CALICA & BIRNEY LLP**

/s/ Lesley A. Reardon

Lesley A. Reardon

LAR:bc
cc: All counsel via ECF

Granted.
[signature] Denise Cote
8/26/22

(00427812-2)