UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                       :

Mission Pharmacal Company,        :        22cv4226 (DLC)
                                         :

                     Plaintiff,    :       ORDER OF
          -v-                 :      DISCONTINUANCE
                                         :

MainPointe Pharmaceuticals, LLC,  :
                                       :

                    Defendant.   :
                                       :
------------------------------------- X
DENISE COTE, District Judge:

    It having been reported to this Court that this case has
been settled, it is hereby

    ORDERED that the above-captioned action is discontinued
without costs to any party and without prejudice to restoring
the action to this Court's calendar if the application to
restore the action is made by **December 16, 2022**.  If no such
application is made by that date, today's dismissal of the
action is with prejudice.  See Muze, Inc. v. Digital On Demand,
Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).


Dated:   New York, New York
         November 16, 2022

                                                                  DENISE COTE
                     United States District Judge